IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-WY-193 CB (MJW)

TONY C. DURAZO, et al.,

Plaintiffs,

v.

ANSELL, INC., et al.,

Defendants.

---

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

---

This matter is before the Court on the parties' stipulated motion for dismissal, entitled and included in the record as Order of Dismissal Under the Bright-Line Test and Procedures (Dismissal from Entire Action). After considering the motion, having reviewed the materials on file, and being fully advised in the premises, the Court **FINDS** that the motion should be **GRANTED**.

Accordingly, Defendants Tillotson Corporation and Tillotson Rubber Company, Inc. are hereby **DISMISSED** from the above-entitled action with prejudice.

Dated this 5th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION