FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-WY-193-CB (MJW)

TONY C. DURAZO and MELODY HAND, individually and as husband and wife,

Plaintiffs,

v.

ANSELL INCORPORATED, et al,

Defendants.

---

**Order Dismissing Defendant Voluntary Hospitals of America, Inc. and Closing Case**

---

This matter comes before the Court on Plaintiffs' Motion for Dismissal of Defendant Voluntary Hospitals of America, Inc. After considering the motion and reviewing the materials on file, the Court **FINDS** that the Motion should be **GRANTED**.

Accordingly, Defendant Voluntary Hospitals of America, Inc. is hereby dismissed from this action with prejudice. Since Voluntary Hospitals of America, Inc. was the last defendant remaining in this action, the Court hereby **ORDERS** this case closed.

Dated this 16th day of November, 2005.

UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION